UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CADESIA VALENA RAGSDALE,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:13-cv-05102-JPH<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge, a de novo hearing, and a new decision. On remand, the Appeals Council will direct the ALJ to further evaluate

the medical opinions of record, specifically the medical opinions of Cecilia Cooper, Ph.D., and explain the reasons for the weight given to her opinions. As necessary, the ALJ will further evaluate the claimant's mental impairments and reassess the claimant's residual functional capacity. If the residual functional capacity assessment conflicts with an opinion from a medical source, the adjudicator will explain why the opinion was not adopted in accordance with Social Security Ruling 96-8p. If warranted, supplemental vocational evidence will be obtained.

      This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  Plaintiff will be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

      DATED this ___2___day of _____June_____, 2014.


                    s/James P. Hutton
                    JAMES P. HUTTON
          UNITED STATES MAGISTRATE JUDGE